Heffernan, J.
The respondent (plaintiff below) filed no brief in this court. Therefore, the appeal is not decided on the merits, but the judgment is reversed pursuant to sec. (Rule) 251.57, Stats., which provides:
“When a cause is submitted, or presented by counsel for appellant or plaintiff in error, but not by the opposing party, the judgment or order appealed from may be reversed as of course, without argument.”
For other decisions which have reversed as of course under this rule, see Cihlar v. Harvey (1965), 27 Wis. (2d) 269, 133 N. W. (2d) 815; State v. Seymour (1964), 24 Wis. (2d) 258, 262, 128 N. W. (2d) 680; Fuller v. Fiedler (1963), 19 Wis. (2d) 422, 426, 120 N. W. (2d) 700; Estate of Ohnstad (1962), 15 Wis. (2d) 361, 112 N. W. *706 (2d) 917; State ex rel. Gresholdt v. Board of Appeals (1961), 12 Wis. (2d) 516, 107 N. W. (2d) 484.
By the Court. — Judgment reversed, with directions to dismiss the complaint.
Wilkie, J., took no part.